DANIEL MALAKAUSKAS, *Cal. Bar No.*: 265903
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff*: **Lauren Wilcox**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| **LAUREN WILCOX**, <br><br>              Plaintiff, <br><br> v. <br><br> **POMAX, INC.,** as an entity and doing business as "Hankook Wireless", **DYNE COMMUNICATION, INC.,** as an entity and doing business as "Hankookphone Com", **IMPERIAL PLAZA INVESTMENTS, LLC,** and **DOES** 1-50, Inclusive, <br><br>              Defendants. | Case No.:  8:20-cv-01116-DOC-JDE <br><br> **NOTICE OF SETTLEMENT** |

**LET THIS HONORABLE COURT TAKE NOTICE:**

   Plaintiff hereby submits this Notice of Settlement to notify the Court that the lawsuit has been settled.  Plaintiff also requests ninety (90) days in which to file the dismissal in order to ensure that parties are able to perform under the terms of the settlement agreement.

Date:   August 21st, 2020                                              Respectfully Submitted,

                                                                                       /s/Daniel Malakauskas_____
                                                                                       By: Daniel Malakauskas, of,
                                                                                       MALAKAUSKAS LAW, APC,
                                                                                       Attorney for Plaintiff